IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROGER L. MORGAN,            ) | |
|                                      ) | |
|     Plaintiff,              ) | |
|                                      ) | |
| v.                          ) | Case No. 5:04-CV-404 (DF) |
|                                      ) | |
| JO ANNE BARNHART,            ) | |
| Commissioner of             ) | |
| Social Security,            ) | |
|                                      ) | |
|     Defendant.              ) | |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request, with Plaintiff's consent, to remand this action for further development by an administrative law judge (ALJ), this case is hereby remanded.

On remand, the ALJ will request the VA Hospital and Dr. Wells to submit Plaintiff's medical reports for the period from September 17, 1998 through August 9, 1999; reevaluate all of the medical evidence including Plaintiff's surgery in November 1999, which related to the pertinent period; provide an adequate pain and symptom evaluation; obtain testimony from a medical expert to assist in determining the nature and severity of the Plaintiff's impairments and his residual functional capacity during the period at issue; and, if warranted, obtain vocational expert evidence.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 16th day of May, 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE